*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee**†

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Lu'Shell K. Alexander\** |

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
       Debtor(s) Name:        Jenifer N. Petrick
       Case No:               19-14284   ABA
       Hearing Date:          N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Mr. Wasserstrum's November 7, 2019 Motion/Application for fees in the above referenced matter.

This case was filed on March 1, 2019. The Rules in effect at that time permitted a debtor's attorney to be paid a flat fee in a Chapter 13 case. D.N.J. LBR 2016-5. Thereafter, supplemental funds could be requested by motion accompanied by a Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee. The amended rule allowing hourly billing in a Chapter 13 case took effect on August 1, 2018. The 2018 comments to the amended rule state that:

> For cases filed or converted to Chapter 13 <u>on or after the effective date of this Rule</u>, the Court will no longer
> accept Local Forms, *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*
> and *Order Granting*
> *Supplemental Chapter 13 Fees*. (underscored emphasis added)

The Trustee respectfully requests Debtor's counsel file an Amended Certification of Debtor's Counsel Supporting Chapter 13 Fee as well as a revised form of Order to conform with D.N.J. LBR 2016-5.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Seymour Wasserstrum, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Jenifer N. Petrick   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978