Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−14284−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jenifer N. Petrick
   114 South Ave
   Shiloh, NJ 08353

Social Security No.:
   xxx−xx−6016

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2020
JAN: bc

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                     Case No. 19-14284-ABA
Jenifer N. Petrick                                                                                         Chapter 13
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                                    Page 1 of 2
Date Rcvd: Nov 20, 2020           Form ID: 148                                   Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenifer N. Petrick, 114 South Ave, Shiloh, NJ 08353-8815 |
| 518169769 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518226642 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518182998 | + | MidFirst Bank, 216 Haddon Avenue Ste 406, Westmont, NJ 08108-2812 |
| 518059401 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 518059402 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518059403 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518059394 | + | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | Capital One Ban USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518169833 | + | EDI: AIS.COM | Nov 21 2020 02:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518059395 | | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518059399 | + | EDI: IRS.COM | Nov 21 2020 02:13:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518059396 | | EDI: JPMORGANCHASE | Nov 21 2020 02:08:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 518059400 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 20 2020 22:00:00 | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518059398 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518059397 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 19-14284-ABA    Doc 48    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 148 | Total Noticed: 15 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Jenifer N. Petrick mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7